## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 1:17-CV-06546-JBS-JS

Plaintiff:
**Joshua Somogyi and Kelly Whyle Somogyi, individually and on behalf of all others similarily situated**

vs.

Defendant:
**Freedom Mortgage Corp, et al.**

ARC2017007579

For:
Eric Lechtzin, Esq.

Received by Veritext Legal Solutions to be served on Freedom Mortgage Corp, 907 Pleasant Ave, Suite C, Mount Laurel, NJ 08054.

I, PATRICIA EOSSO, being duly sworn, depose and say that on the 5th day of September, 2017 at 9:20 am, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT WITH CIVIL COVER SHEET** to: **Tia "Doe" Refused to provide last name as Managing Agent** for Freedom Mortgage Corp, at the address of: **907 Pleasant Ave, Suite C, Mount Laurel, NJ 08054**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'5, Weight: 140, Hair: Black, Glasses: x

Subscribed and Sworn to before me
on 5 SEPT 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

THERESA A. DINGMAN
NOTARY PUBLIC OF NEW JERSEY
ID # 2227754
My Commission Expires 4/15/2018

PATRICIA EOSSO 9-5-17
Process Server

Veritext Legal Solutions
1100 Superior Avenue
Suite 1820
Cleveland, OH 44114
(216) 592-9658

Our Job Serial Number: ARC-2017007579
Ref: 33037.001

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1g

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOSHUA SOMOGYI, ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

FREEDOM MORTGAGE CORP.,
*Defendant*

CASE NUMBER: 1:17-CV-06546-JBS-JS

TO: *(Name and address of Defendant):*

Freedom Mortgage Corp.
907 Pleasant Avenue - Suite C
Mt. Laurel, NJ  08054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Lechtzin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Ryan Sanders**
(By) DEPUTY CLERK



ISSUED ON 2017-08-30 13:42:40, Clerk
USDC NJD