## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SOMOGYI, KELLY WHYLE SOMOGYI and STEWART SIELEMAN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>FREEDOM MORTGAGE CORP.,<br><br>          Defendant. | Case No. 1:17-cv-06546-RMB-JS<br><br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiffs Joshua Somogyi, Kelly Whyle Somogyi and Stewart Sieleman

(collectively, "Plaintiffs") respectfully move this Court pursuant to FED. R. CIV. P.

23 for entry of an Order:

(1)     preliminarily approving the proposed Settlement[1] of this Action as set

forth in the Parties' agreed-upon proposed Preliminary Approval Order, attached as

Exhibit A to the Settlement Agreement;

---

[1]     Unless otherwise stated, all capitalized terms used in this motion are as defined in the Settlement Agreement dated as of July 31, 2019 (the "Settlement Agreement").  A copy of the Parties' Settlement Agreement and accompanying exhibits is attached as Exhibit 1 to the Declaration of Lawrence J. Lederer in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed concurrently herewith (the "Lederer Decl.").

(2)      preliminarily certifying, for purposes of the proposed Settlement, the

Settlement Class defined in the Settlement Agreement and Plaintiffs as the

representatives of the Settlement Class and Settlement Class Counsel as counsel to

the Settlement Class;

(3)      approving, as to form and content, the Notice of Class Action

Settlement, Application for Attorneys' Fees and Costs, and Court Hearing (the

"Notice") and the Summary Notice with "Tear-Off" Claim and Release Form,

attached, respectively, as Exhibits B and D to the Settlement Agreement;

(4)      approving the proposed procedures for dissemination of the Notice

and Summary Notice in the manner set forth in the Preliminary Approval Order, as

being the best notice practicable under the circumstances and in accord with the

requirements of due process and FED. R. CIV. P. 23;

(5)      determining the time, date and place of the Final Approval Hearing;

and

(6)      establishing deadlines for filing papers in support of final approval of

the Settlement, the Plan of Allocation, Settlement Class Counsel's application for

attorneys' fees, reimbursement of litigation expenses and Plaintiffs' Service

Awards, and for Settlement Class Members to request exclusion from the

Settlement Class, make objections to the Settlement, the Plan of Allocation, or the

application for attorneys' fees, reimbursement of litigation expenses and Plaintiffs'

Service Awards, or otherwise be heard in connection with any other matter concerning the proposed Settlement.

The grounds on which this motion is based are set forth in the accompanying memorandum of law, together with documents, exhibits and additional information set forth in, or attached to, the Lederer Decl.  In addition, Plaintiffs have conferred with defendant FMC prior to filing this motion and have been advised that FMC supports entry of the Preliminary Approval Order.  Lederer Decl. ¶ 9.

Accordingly, Plaintiffs respectfully request that this motion be granted and that the Court adopt and enter the Preliminary Approval Order.

Dated:  August 1, 2019                          Respectfully submitted,

                                                Berger Montague PC


                                                By:   */s/ Lane L. Vines*
                                                     Lawrence J. Lederer (admitted *pro hac vice*)
                                                     Lane L. Vines
                                                     1818 Market Street, Suite 3600
                                                     Philadelphia, PA  19103
                                                     Tel.:     215/875-3000
                                                     Fax:      215/875-4604
                                                     Email:    llederer@bm.net
                                                               lvines@bm.net

                                                     - and -

3

Mahany Law Firm
Brian Mahany (admitted pro hac vice)
Timothy Granitz (admitted pro hac vice)
P.O. Box 511328
Milwaukee, WI  53203
Tel.:   414/258-2375
Fax:   414/777-0776
Email:     brian@mahanylaw.com
              tgranitz@mahanylaw.com

*Attorneys for Plaintiffs and the Proposed
Settlement Class*

Law Offices of Stefan Coleman, P.A.
Stefan Coleman
1072 Madison Avenue #1
Lakewood, NJ  08701
Tel.:   877/333-9427
Fax:   888/498-8946
Email:     law@stefancoleman.com

*Additional Plaintiffs' Counsel*