## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SOMOGYI, KELLY WHYLE SOMOGYI and STEWART SIELEMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORP.,<br><br>Defendant. | Case No. 1:17-cv-06546-RMB-JS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF SERVICE AWARDS

Plaintiffs[1] Joshua Somogyi, Kelly Whyle Somogyi and Stewart Sieleman (collectively "Plaintiffs") respectfully move this Court pursuant to FED. R. CIV. P. 23(h) for entry of an Order:

1.       awarding Plaintiffs' Counsel (including Berger Montague PC, Mahany Law Firm, and the Law Offices of Stefan Coleman, P.A.) attorneys' fees of $3,000,000, which represents approximately 31.58% of the $9.5 million non-reversionary cash Settlement Amount to be established for the Settlement Class in this litigation pursuant to the terms of the Parties' Settlement Agreement;

---

[1]       Unless otherwise stated, all capitalized terms used herein are as defined in the Stipulation and Agreement of Settlement filed with the Court on August 1, 2019 (Dkt. 89-4) (the "Settlement Agreement").

2.      awarding Plaintiffs' Counsel $60,658.30 in reimbursement for the actual Litigation Expenses they incurred and disbursed in prosecuting this litigation on behalf of Plaintiffs and the Settlement Class; and

3.      awarding a Service Award of $5,000 to each of the three named Plaintiffs for their service in representing the Settlement Class in this Action.

The grounds on which this motion is based are set forth in the accompanying memorandum of law, the Declaration of Lawrence J. Lederer in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Service Awards filed concurrently herewith (the "Lederer Decl."), the documents, exhibits and additional information set forth in and attached to the Lederer Decl., all other documents filed in connection with the Settlement, and all other proceedings in this Action.

Accordingly, Plaintiffs respectfully request that this motion be granted and that the Court approve and enter the proposed form of Order that is contemporaneously submitted herewith.

Dated:  June 2, 2020

Respectfully submitted,

Berger Montague PC


By:   */s/ Lane L. Vines*

    Lawrence J. Lederer (admitted *pro hac vice*)
    Lane L. Vines
    1818 Market Street, Suite 3600
    Philadelphia, PA  19103
    Tel.:     215/875-3000
    Fax:     215/875-4604
    Email:    llederer@bm.net
              lvines@bm.net

- and -

Mahany Law Firm
Brian Mahany (admitted pro hac vice)
Timothy Granitz (admitted pro hac vice)
8112 West Bluemound Road
Suite 101
Milwaukee, WI 53213
Tel.:  414/258-2375
Fax:  414/777-0776
Email:   brian@mahanylaw.com
           tgranitz@mahanylaw.com

*Attorneys for Plaintiffs and the Settlement Class*

Law Offices of Stefan Coleman, P.A.
Stefan Coleman
1072 Madison Avenue #1
Lakewood, NJ  08701
Tel.:  877/333-9427
Fax:  888/498-8946
Email:   law@stefancoleman.com

*Additional Plaintiffs' Counsel*

3